879 F.2d 857
 LaRaia (Louis A.)
v.
Phillis (Robert), McClurg (James), John Doe, Roe (James),
Kirchner (Lewis), Ramanna (Ralph), Cogen (Joe), Policaro
(Frank, Jr.), Albert (James), Cianfrano (Al), Yaccich
(George), Teny (Dominic), Berosh (Anthony J.), Cabraja
(Joseph), Javens (Roger L.), LaValle (Gerald), Widmer
(Joseph H.), Roberts (Gene E.), Hyatt (Wayne), Read (Phillip N.)
 NO. 89-3042
 United States Court of Appeals,
Third Circuit.
 JUN 15, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.